UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DAVID JOHNSON,

                  Plaintiff,

-against-

AMAHUMAN and JOHN/JANE DOES 1-10,      19 Civ. 7872 (GBD)

                  Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York  
       November 18, 2019

SO ORDERED.

*George B. Daniels*  
GEORGE B. DANIELS  
United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: NOV 18 2019

ORDER